Janet M. Herold
Regional Solicitor
Daniel J. Chasek
Associate Regional Solicitor
**Boris Orlov, Attorney** (CSBN #223532)
Office of the Solicitor (Sol#1119411)
United States Department of Labor
350 So. Figueroa St., Suite 370
Los Angeles, California 90071-1202
    Telephone: (213) 894-5410
    Facsimile:  (213) 894-2064
orlov.boris@dol.gov

Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THOMAS E. PEREZ**,<br>   Secretary of Labor,<br>   United States Department of Labor,<br><br>                Plaintiff,<br><br>                v.<br><br>**UNIFIED NUTRIMEALS,**<br>  a California Corporation,<br>**SHABIR KASHYAP,** individually and as<br>  managing agent of corporate defendant,<br>**HUGO MEZA,** individually and as<br>  managing agent of corporate defendant;<br>**PHILIP CHAVEZ,** individually and as<br>  managing agent of corporate defendant,<br><br>                Defendants. | Case No. CV13-9104 PA(MANx)<br><br>**FIRST AMENDED CONSENT JUDGMENT** |

      Plaintiff Thomas E. Perez, Secretary of Labor, United States Department of Labor ("Secretary") and Defendants, Unified Nutrimeals, a California Corporation, Shabir Kashyap, individually and as managing agent of corporate defendant Unified Nutrimeals, Hugo Meza, individually and as managing agent of corporate defendant Unified Nutrimeals, and Philip Chavez, individually and as managing agent of corporate defend-

1  ant Unified Nutrimeals (collectively "Defendants"), respectfully request this Court to
2  modify the Consent Judgment that it approved on December 18, 2013 by replacing the
3  Exhibit 2 attached to the December 18, 2013, Consent Judgment with the attached
4  Amended Exhibit 2.  The Amended Exhibit 2 reflects the payments that have been made
5  by the Defendants to date and adjusts the payment amounts and due dates of future pay-
6  ments to provide for no payments during the summer months based on Defendants' rep-
7  resentations that their cash flow is diminished during July, August and September.
8  While the amount and timing of the payments are adjusted, the total amount of back
9  wages due and the completion of all payments by July 14, 2016, remain as provided un-
10 der the December 18, 2013, Consent Judgment.

11       The Court directs the entry of this Modification to the December 18, 2013, Con-
12 sent Judgment as a final order.

Dated: September 6, 2014.                    _____
                                             The Honorable Percy Anderson,
                                             United States District Court Judge

1  For the Defendants:
2  The Defendants hereby consent to the entry of this Amended Judgment, and waive notice by the
3  Clerk of Court:
4
5  For: Unified Nutrimeals Corporation
6
7  By: _____  8/14/14
8       Shabir Kashyap                Date
9
   Its: __President__
10
11
12  For: Shabir Kashyap
13
14  By: _____  8/14/14
15       Shabir Kashyap, Individually   Date
16
17  For: Hugo Meza
18
19
20  By: _____  8/13/14
         Hugo Meza, Individually       Date
21
22
23  For: Philip Chavez
24
25  By: _____  8-13-14
         Philip Chavez, Individually    Date
26
27
28

1682005.1 (16918.001) **First Amended Consent Judgment**

Attorneys for the Defendants

Clark & Trevithick, A Professional Law Corporation

_____          August 12, 2014
Deborah H. Petito, Attorney at Law          Date

```
 1  For the Plaintiff:
 2  M. PATRICIA SMITH
 3  Solicitor of Labor
 4  JANET M. HEROLD
 5  Regional Solicitor
 6  DANIEL J. CHASEK
 7  Associate Regional Solicitor
 8
 9  _____[signature]_____           8-20-14
10  BORIS ORLOV, Attorney           Date
11  Attorneys for the Plaintiff
    U.S. Department of Labor
12
13
...
28
```

For the Plaintiff:

M. PATRICIA SMITH
Solicitor of Labor

JANET M. HEROLD
Regional Solicitor

DANIEL J. CHASEK
Associate Regional Solicitor

_____[signature]_____     8-20-14
BORIS ORLOV, Attorney     Date
Attorneys for the Plaintiff
U.S. Department of Labor

# AMENDED EXHIBIT 2

| Payment No. | Date Due | Gross | Interest Due | Total Due | |
|---|---|---|---|---|---|
| 1 | 12/14/2013 | $4,181.17 | $57.49 | $4,238.66 | Paid |
| 2 | 01/14/2014 | $4,181.17 | $57.49 | $4,238.66 | Paid |
| 3 | 02/14/2014 | $4,181.17 | $57.49 | $4,238.66 | Paid |
| 4 | 03/14/2014 | $4,181.17 | $57.49 | $4,238.66 | Paid |
| 5 | 04/14/2014 | $4,181.17 | $57.49 | $4,238.66 | Paid |
| 6 | 05/14/2014 | $4,181.17 | $57.49 | $4,238.66 | Paid |
| 7 | 06/14/2014 | $4,181.17 | $57.49 | $4,238.66 | Paid |
| 8 | 07/14/2014 | | | | No Payment Due |
| 9 | 08/14/2014 | | | | No Payment Due |
| 10 | 09/14/2014 | | | | No Payment Due |
| 11 | 10/14/2014 | $5,501.54 | $75.64 | $5,577.18 | |
| 12 | 11/14/2014 | $5,501.54 | $75.64 | $5,577.18 | |
| 13 | 12/14/2014 | $5,501.54 | $75.64 | $5,577.18 | |
| 14 | 01/14/2015 | $5,501.54 | $75.64 | $5,577.18 | |
| 15 | 02/14/2015 | $5,501.54 | $75.64 | $5,577.18 | |
| 16 | 03/14/2015 | $5,501.54 | $75.64 | $5,577.18 | |
| 17 | 04/14/2015 | $5,501.54 | $75.64 | $5,577.18 | |
| 18 | 05/14/2015 | $5,501.54 | $75.64 | $5,577.18 | |
| 19 | 06/14/2015 | $5,501.54 | $75.64 | $5,577.18 | |
| 20 | 07/14/2015 | | | | No Payment |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Due |
| 21 | 08/14/2015 | | | | No Payment Due |
| 22 | 09/14/2015 | | | | No Payment Due |
| 23 | 10/14/2015 | $5,501.54 | $75.64 | $5,577.18 | |
| 24 | 11/14/2015 | $5,501.54 | $75.64 | $5,577.18 | |
| 25 | 12/14/2015 | $5,501.54 | $75.64 | $5,577.18 | |
| 26 | 01/14/2016 | $5,501.54 | $75.65 | $5,577.19 | |
| 27 | 02/14/2016 | $5,501.54 | $75.65 | $5,577.19 | |
| 28 | 03/14/2016 | $5,501.54 | $75.65 | $5,577.19 | |
| 29 | 04/14/2016 | $5,501.54 | $75.65 | $5,577.19 | |
| 30 | 05/14/2016 | $5,501.54 | $75.65 | $5,577.19 | |
| 31 | 06/14/2016 | $5,501.54 | $75.65 | $5,577.19 | |
| 32 | 07/14/2016 | $5,501.54 | $75.65 | $5,577.19 | |
| Total | | $133,797.45 | $1,839.67 | $135,637.12 | |